# UNITED STATES DISTRICT COURT

for the

District of

Division

Carl A. Marable

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

*If possible, whatever it takes for the truth to be told*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Carl G. marable
Address             P.o Box 332613
                    murfreeSboro          T-N          37133
                         *City*              *State*        *Zip Code*
County              Rutherford
Telephone Number    615-877-2275
E-Mail Address

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      Ascension St Thomas of Rutherford
Job or Title *(if known)* Ascension St Thomas of Rutherford
Address                   1700 medical center R Pk way
                          murfreesboro      T-N      37129
                               *City*         *State*    *Zip Code*
County                    Rutherford Co
Telephone Number          615-396-4160
E-Mail Address *(if known)*

□ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                      murfreesboro Police Dept
Job or Title *(if known)*
Address                   1004 N Highland Ave
                          murfreesboro      T-N      37130
                               *City*         *State*    *Zip Code*
County                    Rutherford
Telephone Number          615-849-2673
E-Mail Address *(if known)*

□ Individual capacity    ☑ Official capacity

Page 2 of 6

| | |
|---|---|
| Defendant No. 3 | |
| Name | Rutherford County Sheriff Sheriff Dept |
| Job or Title *(if known)* | |
| Address | 940 New Salem |
| | murfreeshoro      TN      37129 |
| | *City*      *State*      *Zip Code* |
| County | Rutherford |
| Telephone Number | 615-898-7777 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

| | |
|---|---|
| Defendant No. 4 | |
| Name | Bedford Co Probation, sheriff and |
| Job or Title *(if known)* | Court System |
| Address | 108 northcreek Dr |
| | Shelbyville      T.N      37160 |
| | *City*      *State*      *Zip Code* |
| County | Bedford Co. |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendant civil Rights   42 U.S.C 1983 Denial of medical care

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

M'Boro TN          Shelbyville TN
    Rutherford Co      Bedford Co

B.      What date and approximate time did the events giving rise to your claim(s) occur?

1 / 2 / 24

C.      What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

false arrest By officer
C. van liergo , H35
Time of arrest Evening hours,
Approximatley 1547 hours
Refusing me medical care
wrongfully ~~acces~~ accusing me
of being Impaired

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. At the time of arrest my blood pressure was at 179/101, ~~when~~ At that Time my blood pressure shot up to 198/101, I was Refused Proper Treatment. At the Time I was Refused Treatment when my blood Pressure was extreamly High and at a dangerous level.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I ask that the great court give me back my rights. to give me comfort and peace of mind. I was admitted to the hospital several times throughout all of this, suffered a heart attack and called to make sure the court was aware of my situation. No one seemed to take this into consideration or care what I was going through. I do not feel like things were handled the right way. I missed court while I was in the hospital fighting for my life, violated and a warrant was put out to arrest me eventhough my family called to make sure everyone was aware of what I was going through. I always take care of things and just ask for this to be handled the right way, I have lost so much including my driving privileges and no longer able to help other as I have the past 20 years.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _2/22/2024_

Signature of Plaintiff _Carl A maravle_

Printed Name of Plaintiff _CARL G. Marable_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number _____
E-mail Address _____

# UNITED STATES DISTRICT COURT

for the

District of

Division

Carl G. Marable

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Carl G. marable |
| Street Address | Church St    P.O Box 332613 |
| City and County | m'Boro Tenn .  Rutherford county |
| State and Zip Code | Tenn    37133 |
| Telephone Number | 629 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name — St. Thomas of Rutherford

Job or Title *(if known)*

Street Address — 1700 Medical Center Pkway

City and County — M'Boro TN 37129 Rutherford County

State and Zip Code — Tenn 37129

Telephone Number — 615-396-4100

E-mail Address *(if known)*

**Defendant No. 2**

Name — M'Boro Police Dept

Job or Title *(if known)*

Street Address — 1004 N Highland Ave

City and County — M'Boro Rutherford County

State and Zip Code — Tenn 37130

Telephone Number — 615-849-2673

E-mail Address *(if known)*

**Defendant No. 3**

Name — Rutherford County Sheriff Dept

Job or Title *(if known)* — ~~940 New Salem Hwy~~

Street Address — 940 New Salem Hwy

City and County — M'Boro TN 37129 Rutherford County

State and Zip Code — TN 37129

Telephone Number — 615-898-7777

E-mail Address *(if known)*

**Defendant No. 4**

Name — Bedford Co Probation

Job or Title *(if known)*

Street Address — 108 Northcreek Dr, Ste.86

City and County — Shelbyville Bedford County

State and Zip Code — Tenn 37160

Telephone Number — 931-685-1340

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th and 8th Amendments

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual    yes

      The plaintiff, *(name)* Caul McMarable , is a citizen of the
      State of *(name)* TN .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated
      under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of
      the State of *(name)* _____ . Or is a citizen of
      *(foreign nation)* _____ .

       b.      If the defendant is a corporation

           The defendant, *(name)* _____ , is incorporated under

           the laws of the State of *(name)* _____ , and has its

           principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ ,

           and has its principal place of business in *(name)* _____ .

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

RCSO- I was falsly arrested By and Charged with a and Didnt Receive medical attention. St thomas hospital Sent back to Jail without adiqut treament for bloodpressure

Time of Arrest 7/9/101 sent Back 198/ lol

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2/22/2024

Signature of Plaintiff      *Carl A Marable*

Printed Name of Plaintiff      Carl G Marable

### B.      For Attorneys

Date of signing:        _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

C Marable
PO Box 332613
Murfreesboro TN
37133



RECEIVED
MAR 1 1 2024
U.S. District Court
Middle District of TN

U.S. Federal Court
801 Broadway
Nashville, TN 37203

Federal Court House
801 Broadway
Nashville, TN 37203

RECEIVED

MAR 1 1 2024

U.S. District Court
Middle District of TN